# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| FELIPE MANUEL FUENTES, | ) | NO. SA CV 06-182-GW (CW) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| DERRAL ADAMS, Warden, | ) | |
| Respondent. | ) | |

**IT IS ADJUDGED** that the petition for writ of habeas corpus is denied and the action dismissed with prejudice.

DATED: July 26, 2016

_____
GEORGE H. WU
United States District Judge